IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN REID ALTHOUSE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-CV-01886-E-BH |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION et al., | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 30, 2022. (Doc. 5). Objections were filed. (Doc. 6). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 5). Accordingly, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 5).

**SO ORDERED.**

14th day of February, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE